OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG. 20. 2015.

8/19/2015

**VASQUEZ, MATTHEW RAY** Tr. Ct. No. W09-60409-L (A)    WR-83,630-0

On this day the Application for writ of habeas corpus has been dismissed without written order; (Ex Parte Ybarra, 149 S.W. 3D 147 (Tex. Crim. App. 2004)); Ex Parte Florence, 319 S.W. 3d 695 (Tex. Crim. App. 2010).

PTS/ Discharged                    Abel Acosta, Clerk

RETURNED TO SENDER

MOVED, LEFT NO ADDRESS
Do not remail this envelope

MATTHEW RAY VASQUEZ
HUTCHINS UNIT - TDC # 1948977          U TF
1500 E. LANGDON RD.